Certificate Number: 12433-PAE-DE-036214989

Bankruptcy Case Number: 21-13083



12433-PAE-DE-036214989

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 20, 2021, at 5:29 o'clock PM EST, Pamela D. Jonjo completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 20, 2021            By:   /s/Lisa Susoev

                                    Name: Lisa Susoev

                                    Title: Teacher