UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>   Pamela Denise Jonjo<br><br><br>                    Debtor | Chapter 13<br>Bankruptcy No.21-13083-PMM |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 14th day of February, 2022, by first class mail upon those listed below:

Pamela Denise Jonjo
628 West Berwick Street
Easton, PA  18042

**Electronically via CM/ECF System Only:**

VINCENT RUBINO ESQ
NEWMAN WILLIAMS MISHKIN
712 MONROE STREET PO BOX 511
STROUDSBURG, PA  18360-0511

                                                        */s/ Kristen Gliem*
                                                        Kristen Gliem
                                                        for
                                                        Scott F. Waterman, Esquire
                                                        Standing Chapter 13 Trustee