United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Pamela Denise Jonjo  
    Debtor

Case No. 21-13083-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Mar 17, 2022      Form ID: 155      Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Denise Jonjo, 628 West Berwick Street, Easton, PA 18042-6409 |
| 14650430 | + | Five Star Bank, PO Box 150, 220 Liberty Street, Warsaw, NY 14569-1465 |
| 14650432 | + | Shapiro & DeNardo LLC, Stephanie A. Walczak, Esq., 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14661478 | #+ | Village Capital & Investment, 2863 St. Rose Parkway, Henderson, NV 89052-4806 |
| 14650434 | + | Village Capital & Investment, LLC, PO Box 678118, Dallas, TX 75267-8118 |
| 14653471 | + | Village Capital & Investment, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14653586 | + | Village Capital & Investment, LLC, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14660964 | + | Email/Text: g20956@att.com | Mar 17 2022 23:48:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14653266 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 17 2022 23:56:48 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14655419 | | Email/Text: FSBBankruptcy@fiiwarsaw.com | Mar 17 2022 23:48:00 | Five Star Bank, 100 Chestnut Street, 13th Floor, Rochester, NY 14604 |
| 14650431 | + | Email/Text: Bankruptcy.Consumer@dish.com | Mar 17 2022 23:48:00 | Receivable Performance Mgt, 20818 44th Ave W. Suite 140, Lynnwood, WA 98036-7709 |
| 14661497 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 17 2022 23:56:47 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14650433 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 17 2022 23:48:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2022 | Form ID: 155 | Total Noticed: 13 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:**

**Name**             **Email Address**

REBECCA ANN SOLARZ
          on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
          ECFMail@ReadingCh13.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

VINCENT RUBINO
          on behalf of Debtor Pamela Denise Jonjo vrubino@newmanwilliams.com
          mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com


TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Pamela Denise Jonjo
    Debtor(s)

Chapter: 13
Bankruptcy No: 21−13083−pmm

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 17th day of March 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

18 − 15
Form 155