| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 21-13083-PMM

| | |
|---|---|
| Pamela Denise Jonjo | Petition Filed Date: 11/17/2021 |
| 628 West Berwick Street | 341 Hearing Date: 12/21/2021 |
| Easton  PA    18042 | Confirmation Date: 03/17/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/28/2021 | $400.00 | | 01/31/2022 | $400.00 | | 03/07/2022 | $400.00 | |
| 04/05/2022 | $400.00 | | 05/09/2022 | $400.00 | | 06/09/2022 | $400.00 | |
| 07/12/2022 | $400.00 | | | | | | | |

**Total Receipts for the Period:  $2,800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $3,500.00 | $2,576.00 | $924.00 |
| 1 | DIRECTV LLC<br>»» 001 | Unsecured Creditors | $490.22 | $0.00 | $490.22 |
| 2 | FIVE STAR BANK<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 003 | Unsecured Creditors | $4,565.34 | $0.00 | $4,565.34 |
| 4 | VILLAGE CAPITAL & INVESTMENT LLC<br>»» 004 | Mortgage Arrears | $30,184.85 | $0.00 | $30,184.85 |
| 5 | AMERICAN INFOSOURCE AS AGENT FOR<br>»» 005 | Unsecured Creditors | $1,039.75 | $0.00 | $1,039.75 |
| 6 | AMERICAN INFOSOURCE AS AGENT FOR<br>»» 006 | Unsecured Creditors | $903.04 | $0.00 | $903.04 |

**Chapter 13 Case No. 21-13083-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,800.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $2,576.00 | Arrearages: | $400.00 |
| Paid to Trustee: | $224.00 | Total Plan Base: | $37,920.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.