IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 13** |
| PAMELA DENISE JONJO, | : | |
| a/k/a PAMELA D. JONJO, | : | **CASE NO. 21-13083** |
| a/k/a PAMELA JONJO, | : | |
| Debtor(s) | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (**doc. #  , the "Motion"**);

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (**doc. #24**) is approved.

Date:

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**