IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 13** |
| PAMELA DENISE JONJO, | : | |
| a/k/a PAMELA D. JONJO, | : | **CASE NO.  21-13083** |
| a/k/a PAMELA JONJO, | : | |
|     Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE:
### MOTION TO MODIFY CONFIRMED PLAN (Doc. #24)

      The undersigned Attorney for Debtor Pamela Denise Jonjo in the above-captioned matter, hereby certifies that the **Motion to Modify Confirmed Plan** was filed on November 17, 2022, and that the Motion and related **Notice of Motion, Response Deadline and Hearing Date** was properly served on the all creditors and parties in interest on November 17, 2022, which set a December 15, 2022 Response Deadline.  The undersigned further certifies that no Response to the **Motion to Modify Confirmed Plan** has been filed.  Debtor Pamela Denise Jonjo is therefore entitled to have an Order issued granting the **Motion to Modify Confirmed Plan,** as filed with this Certification.

     /s/ Vincent Rubino
     VINCENT RUBINO, ESQUIRE
     Attorneys for Movants/Debtors
     Attorney I.D. No. 49628
     P.O. Box 511, 712 Monroe Street
     Stroudsburg, PA 18360
     (570) 421-9090, fax (570) 424-9739
     vrubino@newmanwilliams.com