**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **PAMELA DENISE JONJO,** | : | **CHAPTER 13** |
| a/k/a **PAMELA D. JONJO,** | : | |
| a/k/a **PAMELA JONJO,** | : | **CASE NO. 21-13083-pmm** |
| | : | |
| **Debtor(s)** | : | |

**CERTIFICATION OF NO OBJECTION TO**
**APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR**
**ADMINISTRATIVE COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW comes Attorney, Vincent Rubino, Esquire, of NEWMAN WILLIAMS, P.C., hereby certifies the following:

1. On December 29, 2022, the undersigned filed an Application of Attorney for Chapter 13 Debtor for Administrative Compensation and Reimbursement of Expenses which was served on the Creditors Matrix, Chapter 13 Trustee and US Trustee.

2. According to the Notice of Application Response Deadline, all Answers, Objections or other responses thereto were due on January 18, 2023.

3. As of January 19, 2023, no Objections to the Application of Attorney for Chapter 13 Debtor for Administrative Compensation and Reimbursement of Expenses have been filed with your Honorable Court.

4. None of the compensation paid to applicant will be shared with any person other than a member or regular associate or partner of applicant's law firm unless 11 U.S.C. §504(c) applies.

**WHEREFORE,** your Applicant respectfully requests an Order granting the requested administrative compensation in the amount of $500.00 and reimbursement of expenses in the amount of $0.00 pursuant to 11 U.S.C. §330.

Dated: January 19, 2023        **NEWMAN WILLIAMS, P.C.**

By: /s/ Vincent Rubino
VINCENT RUBINO, ESQUIRE
Attorney for Debtor
PO Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090; fax (570) 424-9739
vrubino@newmanwilliams.com