IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **PAMELA DENISE JONJO,** | : | **CHAPTER 13** |
| a/k/a PAMELA D. JONJO, | : | |
| a/k/a PAMELA JONJO, | : | **CASE NO. 21-13083-pmm** |
| | : | |
| **Debtor(s)** | : | |

## ORDER GRANTING APPLICATION
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application for Compensation and Reimbursement of Expenses is GRANTED. It is further **ORDERED** that Compensation and Reimbursement requested by the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor be and is hereby APPROVED. The Chapter 13 Trustee is hereby authorized to distribute $500.00 to NEWMAN WILLIAMS, P.C., pursuant to the terms of the confirmed Plan.

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge

Dated: 1/20/23