**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **PAMELA DENISE JONJO,** | : | **CHAPTER 13** |
| a/k/a **PAMELA D. JONJO,** | : | |
| a/k/a **PAMELA JONJO,** | : | **CASE NO. 21-13083-pmm** |
| | : | |
| **Debtor(s)** | : | |

**WITHDRAWAL OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW comes Attorney, Robert J. Kidwell, Esquire, of NEWMAN WILLIAMS, P.C., and respectfully withdraws the Application of Compensation and Reimbursement of Expenses filed with the Court on December 29, 2022 (Dkt No. 34), without prejudice.

Dated: February 22, 2023                     **NEWMAN WILLIAMS, P.C.**

                                                              By:  /s/ Robert J. Kidwell, Esq.
                                                              ROBERT J. KIDWELL, ESQUIRE
                                                              Attorneys for Debtor
                                                              PO Box 511, 712 Monroe Street
                                                              Stroudsburg, PA 18360
                                                              (570) 421-9090; fax (570) 424-9739
                                                              rkidwell@newmanwilliams.com