# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Pamela Denise Jonjo aka Pamela D. Jonjo aka Pamela Jonjo <br>       Debtor(s) | CHAPTER 13 |
| Village Capital & Investment, LLC <br>       Movant <br> vs. | NO. 21-13083 PMM |
| Pamela Denise Jonjo aka Pamela D. Jonjo aka Pamela Jonjo <br>       Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman <br>       Trustee | |

## ORDER

AND NOW, this __12th__ day of __April__, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
United States Bankruptcy Judge