IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 13** |
| PAMELA DENISE JONJO, | : | |
| a/k/a PAMELA D. JONJO, | : | **CASE NO. 21-13083** |
| a/k/a PAMELA JONJO, | : | |
|     Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE:**
**MOTION TO MODIFY CONFIRMED PLAN (Doc. #51)**

The undersigned Attorney for Debtor Pamela Denise Jonjo in the above-captioned matter, hereby certifies that the **Motion to Modify Confirmed Plan** was filed on May 5, 2023, and that the Motion and related **Notice of Motion, Response Deadline and Hearing Date** was properly served on the all creditors and parties in interest on May 5, 2023, which set a June 2, 2023 Response Deadline. The undersigned further certifies that no Response to the **Motion to Modify Confirmed Plan** has been filed. Debtor Pamela Denise Jonjo is therefore entitled to have an Order issued granting the **Motion to Modify Confirmed Plan,** as filed with this Certification.

Date: June 7, 2023                  /s/ Robert J. Kidwell
                                                    ROBERT J. KIDWELL, ESQUIRE
                                                    Attorneys for Movants/Debtors
                                                    Attorney I.D. No. 206555
                                                    P.O. Box 511, 712 Monroe Street
                                                    Stroudsburg, PA 18360
                                                    (570) 421-9090, fax (570) 424-9739
                                                    rkidwell@newmanwilliams.com