United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-13083-pmm
Pamela Denise Jonjo  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 08, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Denise Jonjo, 628 West Berwick Street, Easton, PA 18042-6409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:**

**Name**     **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor VILLAGE CAPITAL & INVESTMENT LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor VILLAGE CAPITAL & INVESTMENT LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor VILLAGE CAPITAL & INVESTMENT LLC mfarrington@kmllawgroup.com

ROBERT JOSEPH KIDWELL
    on behalf of Debtor Pamela Denise Jonjo rkidwell@newmanwilliams.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 08, 2023 | Form ID: pdf900 | Total Noticed: 1

VINCENT RUBINO    on behalf of Debtor Pamela Denise Jonjo vrubino@newmanwilliams.com
mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 13** |
| PAMELA DENISE JONJO, | : | |
| a/k/a PAMELA D. JONJO, | : | **CASE NO. 21-13083** |
| a/k/a PAMELA JONJO, | : | |
| Debtor(s) | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (**doc. #51, the "Motion"**);

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (**doc. #53**) is approved.

Date: 6/8/23

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**