| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 21-13083-PMM

| | |
|---|---|
| Pamela Denise Jonjo | Petition Filed Date: 11/17/2021 |
| 628 West Berwick Street | 341 Hearing Date: 12/21/2021 |
| Easton  PA    18042 | Confirmation Date: 03/17/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/13/2022 | $400.00 | | 11/21/2022 | $400.00 | | 12/07/2022 | $400.00 | |
| 12/12/2022 | $100.00 | | 01/04/2023 | $700.00 | | 01/30/2023 | $870.00 | |
| 03/13/2023 | $730.00 | | 05/09/2023 | $730.00 | | 06/27/2023 | $730.00 | |

**Total Receipts for the Period: $5,060.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,860.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $2,944.00 | $2,944.00 | $0.00 |
| 1 | DIRECTV LLC<br>»»  001 | Unsecured Creditors | $490.22 | $0.00 | $490.22 |
| 2 | FIVE STAR BANK<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»»  003 | Unsecured Creditors | $4,565.34 | $0.00 | $4,565.34 |
| 4 | VILLAGE CAPITAL & INVESTMENT LLC<br>»»  004 | Mortgage Arrears | $30,184.85 | $3,112.57 | $27,072.28 |
| 5 | AMERICAN INFOSOURCE LP<br>»»  005 | Unsecured Creditors | $1,039.75 | $0.00 | $1,039.75 |
| 6 | AMERICAN INFOSOURCE LP<br>»»  006 | Unsecured Creditors | $903.04 | $0.00 | $903.04 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 7 | VILLAGE CAPITAL & INVESTMENT LLC<br>»»  04P | Mortgage Arrears | $6,640.23 | $160.03 | $6,480.20 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $500.00 | $0.00 | $500.00 |

Chapter 13 Case No. 21-13083-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,860.00 | Current Monthly Payment: | $922.00 |
| Paid to Claims: | $6,716.60 | Arrearages: | $1,306.00 |
| Paid to Trustee: | $643.40 | Total Plan Base: | $46,046.00 |
| Funds on Hand: | $500.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.