**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **PAMELA DENISE JONJO,** | : | **CHAPTER 13** |
| a/k/a PAMELA D. JONJO, | : | |
| a/k/a PAMELA JONJO, | : | **CASE NO. 21-13083-pmm** |
| | : | |
| **Debtor(s)** | : | |

**CERTIFICATE OF MAILING:
NOTICE TO CREDITORS AND PARTIES IN INTEREST:
<u>APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

The undersigned employee in the office of:

<u>Newman Williams, P.C.</u>

hereby certifies that a copy of the **Notice to Creditors and Parties in Interest: Application for Compensation and Reimbursement of Expenses** were deposited in the United States mail, first class postage prepaid, on the date below, addressed to the parties listed on the Mailing Matrix filed with this Notice as an Exhibit, excluding the Office of the US Trustee and the Trustee, who were served through ECF.

Dated: <u>August 31, 2023</u>    **NEWMAN WILLIAMS, P.C.**

                By: <u>/s/ Robert Kidwell, Esq.</u>
                ROBERT KIDWELL, ESQUIRE
                Attorney for Debtor
                PO Box 511, 712 Monroe Street
                Stroudsburg, PA 18360
                (570) 421-9090; fax (570) 424-9739
                rkidwell@newmanwilliams.com

```
Label Matrix for local noticing          United States Trustee                    Reading
0313-4                                   Office of United States Trustee          United States Bankruptcy Court
Case 21-13083-pmm                        Robert N.C. Nix Federal Building         Office of the Clerk, Gateway Building
Eastern District of Pennsylvania         900 Market Street                        201 Penn Street, 1st Floor
Reading                                  Suite 320                                Reading, PA 19601-4038
Mon Aug 21 11:53:31 EDT 2023             Philadelphia, PA 19107-4202

AT&T Mobility II LLC                     Directv, LLC                             (p)FIVE STAR BANK
%AT&T SERVICES INC.                      by American InfoSource as agent          ATTN DEE COLANGELO
KAREN A. CAVAGNARO  PARALEGAL            4515 N Santa Fe Ave                      100 CHESTNUT STREET
ONE AT&T WAY, SUITE 3A104                Oklahoma City, OK 73118-7901             13TH FLOOR
BEDMINSTER, NJ. 07921-2693                                                        ROCHESTER NY 14604-2416

Five Star Bank                           Receivable Performance Mgt               Shapiro & DeNardo LLC
PO Box 150                               20818 44th Ave W. Suite 140              Stephanie A. Walczak, Esq.
220 Liberty Street                       Lynnwood, WA 98036-7709                  3600 Horizon Drive, Suite 150
Warsaw, NY 14569-1465                                                             King of Prussia, PA 19406-4702

Verizon                                  Verizon Wireless                         Village Capital & Investment
by American InfoSource as agent          PO Box 650051                            2863 St. Rose Parkway
4515 N Santa Fe Ave                      Dallas, TX 75265-0051                    Henderson, NV 89052-4806
Oklahoma City, OK 73118-7901

Village Capital & Investment, LLC        Village Capital & Investment, LLC        Village Capital & Investment, LLC
C/O KML Law Group                        PO Box 678118                            c/o Rebecca Solarz, Esq.
701 Market Street Suite 5000             Dallas, TX 75267-8118                    KML Law Group, PC
Philadelphia, PA. 19106-1541                                                      701 Market Street, Suite 5000
                                                                                  Philadelphia, PA 19106-1541

Pamela Denise Jonjo                      ROBERT JOSEPH KIDWELL                    (p)SCOTT F WATERMAN CHAPTER 13 TRUSTEE
628 West Berwick Street                  Newman Williams                          2901 ST LAWRENCE AVE
Easton, PA 18042-6409                    712 Monroe Street                        SUITE 100
                                         Stroudsburg, PA 18360-2131               READING PA 19606-2265

VINCENT RUBINO
Newman Williams Mishkin
712 Monroe Street
PO Box 511
Stroudsburg, PA 18360-0511
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Five Star Bank                           SCOTT F. WATERMAN [Chapter 13]
100 Chestnut Street, 13th Floor          Chapter 13 Trustee
Rochester, NY 14604                      2901 St. Lawrence Ave.
                                         Suite 100
                                         Reading, PA 19606
```

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)VILLAGE CAPITAL & INVESTMENT, LLC

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19