IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **PAMELA DENISE JONJO,** | : | **CHAPTER 13** |
| **a/k/a PAMELA D. JONJO,** | : | |
| **a/k/a PAMELA JONJO,** | : | **CASE NO. 21-13083-pmm** |
| | : | |
| **Debtor(s)** | : | |

## ORDER GRANTING APPLICATION
## <u>FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

AND NOW, upon consideration of the Supplemental Application of Counsel for Debtor

for Compensation and Reimbursement of Expenses for Post Confirmation Services Payable by the

Chapter 13 Trustee, and after Notice to all creditors and parties in interest, it is hereby **ORDERED**

that the Application is GRANTED.  It is further **ORDERED** that Compensation and Reimbursement

requested by the Application of Attorneys for Debtor be and is hereby APPROVED, and

Compensation of $500.00 is hereby awarded to Attorneys for Debtor.  The Chapter 13 Trustee is

hereby authorized to distribute $500.00 to NEWMAN WILLIAMS, P.C.

Dated: 10/19/23

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge