United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-13083-pmm
Pamela Denise Jonjo   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Oct 19, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela Denise Jonjo, 628 West Berwick Street, Easton, PA 18042-6409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor VILLAGE CAPITAL & INVESTMENT  LLC mfarrington@kmllawgroup.com |
| ROBERT JOSEPH KIDWELL | on behalf of Debtor Pamela Denise Jonjo rkidwell@newmanwilliams.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Oct 19, 2023 | Form ID: pdf900 | Total Noticed: 1

VINCENT RUBINO
                on behalf of Debtor Pamela Denise Jonjo vrubino@newmanwilliams.com
                mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **PAMELA DENISE JONJO,** | : | CHAPTER 13 |
| a/k/a PAMELA D. JONJO, | : | |
| a/k/a PAMELA JONJO, | : | CASE NO. 21-13083-pmm |
| | : | |
| **Debtor(s)** | : | |

## ORDER GRANTING APPLICATION
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, upon consideration of the Supplemental Application of Counsel for Debtor for Compensation and Reimbursement of Expenses for Post Confirmation Services Payable by the Chapter 13 Trustee, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application is GRANTED.  It is further **ORDERED** that Compensation and Reimbursement requested by the Application of Attorneys for Debtor be and is hereby APPROVED, and Compensation of $500.00 is hereby awarded to Attorneys for Debtor.  The Chapter 13 Trustee is hereby authorized to distribute $500.00 to NEWMAN WILLIAMS, P.C.

Dated: 10/19/23

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge